UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY FINKELDEY,

    Plaintiff,

-vs-                                              CASE NO.:  8:16-CV-01373-MSS-TGW

NAVIENT SOLUTIONS, INC., and
STUDENT ASSISTANCE CORPORATION

    Defendant
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BRITTANY FINKELDEY, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, BRITTANY FINKELDEY, and Defendant, NAVIENT SOLUTIONS, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice will be sent to the following by the Court's Electronic Filing System: Rachel A. Morris, Esq., Sessions Fishman Nathan Israel LLC, 3350 Buschwood Park Drive, Suite 195, Tampa, FL 33618; (ramorris@sessions.legal; sfrederick@sessions.legal) Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618 (dvanhoose@sessions.legal; evap@sessions.legal).

                                                                */s/Frank H. Kerney, III, Esquire*
                                                                Frank H. Kerney, III, Esquire
                                                                Florida Bar #: 88672
                                                                Morgan & Morgan, Tampa, P.A.
                                                                One Tampa City Center
                                                               201 North Franklin Street, 7th Floor
                                                                Tampa, FL 33602
                                                                Telephone: (813) 223-5505
                                                                Facsimile:  (813) 223-5402
                                                                fkerney@forthepeople.com
                                                                jkneeland@forthepeople.com
                                                               cfallara@forthepeople.com
                                                                Counsel for Plaintiff