UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY FINKELDEY,

    Plaintiff,

v.  Case No: 8:16-cv-1373-MSS-MAP

NAVIENT SOLUTIONS, INC., and
STUDENT ASSISTANCE CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 4, 2016, Defendant filed a Notice of Pending Settlement, informing the Court that the Parties "have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents." (Dkt. 21)  Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.  After the sixty (60)-day period, the dismissal shall be with prejudice.  Any pending motions are **DENIED** as moot.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of November, 2016.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

2

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person